UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **EDDIE M. LINDE** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-292S** |
| | : | |
| **A.T. WALL** | : | |

**ADDENDUM TO MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

In accordance with Rule 5 of the Rules Governing Section 2254 Cases In The United States District Courts, the State has attached copies of the briefs that the Petitioner and the State filed in the Rhode Island Supreme Court.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**CHRISTOPHER R. BUSH, #5411**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

Date: January 25, 2007

**CERTIFICATION**

I certify that I sent a copy of the within ~~motion~~ Addendum to the following by first-class mail on January 25, 2007:

Eddie M. Linde
P.O. Box 8273
Cranston, R.I. 02920