UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EDDIE LINDE | : | |
| V. | : | C.A. No. 06-292S |
| A.T. WALL | : | |

**RESPONSE TO MAGISTRATE'S RECOMMENDATION OF DISMISSAL AND REQUEST FOR APPOINTMENT OF COUNSEL**

Now comes the petitioner, Eddie Linde, and respectfully prays that his Petition for Habeas Corpus not be dismissed, as recommended by the Honorable Magistrate of this Court. The petitioner further requests that counsel be appointed to represent him on this matter. The reasons for these requests are as follows:

1. I did not respond to the State of Rhode Island's Motion to Dismiss because I never received a copy. When I received this court's order I called my Public Defender. She called the R.I. Attorney General's office and they faxed a copy to her. She then brought a copy up to me at the A.C.I. today, Wednesday, June 13, 2007.
2. The claims that I have raised in my petition that have been exhausted in state court are all valid ones.
3. The most important claim I have pending in state court is a constitutional challenge to my consecutive life sentence under R.I.G.L. § 11-47-3.2; it is now before the R.I. Supreme Court. I am represented by counsel on that claim. (Note: I received 10 years to serve on the murder.) I have also raised

an ineffective assistance of counsel claim *pro se* in an application for post-conviction relief.

4. I would ask that this petition be held in abeyance until the pending matters have been resolved. I understand that other cases have been held in abeyance.
5. I am afraid that my claims will eventually be time barred if this petition is dismissed at this time.
6. I would also respectfully request appointment of counsel as this case is getting too complicated for me to handle by myself. I am indigent and have no funds to hire a lawyer.
7. If the sentencing issue reaches this Court, it is a very important and complex constitutional issue.

WHEREFORE, Eddie Linde asks that his case be held in abeyance and that counsel be appointed on his behalf.

Respectfully submitted

Eddie M Linde

EDDIE LINDE
*pro se*

Date: June 13, 2007

CERTIFICATION

I caused this document to be mailed to Christopher R. Bush, Department of Attorney General, 150 South Main Street, Providence, RI 02903 on June 13, 2007.

Eddie M Linde
EDDIE LINDE