UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Eddie M. Linde
    Plaintiff

V.                                CA:06-292S

Ashbel T. Wall
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on June 8, 2007 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). State of Rhode Island's Motion to Dismiss Petition is GRANTED and the Plaintiff's Petition for Writ of Habeas Corpus is DISMISSED without prejudice as unexhausted.

BY ORDER:

_/s/ Baldwell_
DEPUTY CLERK

ENTER:

_/s/ William E. Smith_
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 6/19/07