**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Eddie M. Linde**
**Plaintiff**
**V.** **Case Number: C.A. NO. 06-292S**

**Ashbel T. Wall**
***in his capacity as the Director of the Rhode Island Department of Corrections***
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, State of Rhode Island, against the Plaintiff, Eddie M. Linde pursuant to the Court's Order dated June 19, 2007, adopting the Magistrate's Report and Recommendation dated June 8, 2007, and dismissing the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.**

**June 19, 2007**
**Date**

Karen Baldwell
**Deputy Clerk**